**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PHYNICE KELLEY,                          No. C 08-00683 CRB

    Plaintiff,                             **Clerk's Notice**

  v.

SHORETEL, INC.,

    Defendant.
_____/

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Friday, April 25, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer. The case management statement shall be file on or before April 18, 2008.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: February 19, 2008                          FOR THE COURT,

                                                   Richard W. Wieking, Clerk

                                                   By:_____
                                                        Barbara Espinoza
                                                        Courtroom Deputy