1   Bingham McCutchen LLP
    DONN P. PICKETT (SBN 72257)
2   donn.pickett@bingham.com
    CHARLENE S. SHIMADA (SBN 91407)
3   charlene.shimada@bingham.com
    JOHN D. PERNICK (SBN 155468)
4   john.pernick@bingham.com
    ADRIENNE L. TACLAS (SBN 211232)
5   adrienne.taclas@bingham.com
    Three Embarcadero Center
6   San Francisco, CA  94111-4067
    Telephone:  415.393.2000
7   Facsimile:  415.393.2286

8   Attorneys for Defendants
    Lehman Brothers Inc., J.P. Morgan Securities Inc. and
9   Piper Jaffray & Co.

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

14

15  PHYNICE KELLEY, Individually and on Behalf       Case No. CV 08 00683 CRB
    of All Others Similarly Situated,                [Related to Case No. CV 08 00271 CRB]

16              Plaintiff,                           **NOTICE OF APPEARANCE**

17          v.

18  SHORETEL, INC., JOHN W. COMBS,
    MICHAEL E. HEALY, EDWIN J. BASART,
19  GARY J. DAICHENDT, THOMAS VAN
    OVERBEEK, KENNETH D. DENMAN,
20  CHARLES D. KISSNER, EDWARD F.
    THOMPSON, LEHMAN BROTHERS, INC.,
21  J.P. MORGAN SECURITIES, INC., and
    PIPER JAFFRAY & CO.,

22              Defendants.

23

24

25

26

27

28

1    **TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:**

2    **PLEASE TAKE NOTICE** that attorneys Donn P. Pickett, Charlene S. Shimada,

3    John D. Pernick  and Adrienne L. Taclas from the firm of Bingham McCutchen LLP, members

4    of the State Bar of California and admitted to practice before this Court, hereby enter an

5    appearance as counsel of record for defendants Lehman Brothers Inc., J.P. Morgan Securities

6    Inc. and Piper Jaffray & Co.  All pleadings, notices and other papers in the above-captioned

7    action should be served as follows:

8

9    DONN P. PICKETT (SBN 72257)
     donn.pickett@bingham.com
     CHARLENE S. SHIMADA (SBN 91407)

10   charlene.shimada@bingham.com
     JOHN D. PERNICK (SBN 155468)

11   john.pernick@bingham.com
     ADRIENNE L. TACLAS (SBN 211232)

12   adrienne.taclas@bingham.com
     BINGHAM MCCUTCHEN LLP

13   Three Embarcadero Center
     San Francisco, CA 94111-4067

14   Telephone: 415.393.2000
     Facsimile: 415.393.2286

15

16   DATED:  February 20, 2008

17

18                          Bingham McCutchen LLP

19

20                          By:_____/s/ Charlene S. Shimada_____

21                                  Charlene S. Shimada

22                          Attorneys for Defendants
                            Lehman Brothers Inc., J.P. Morgan Securities Inc.
23                          and Piper Jaffray & Co.

24

25

26

27

28

1