| | |
|---|---|
| 1 | Bingham McCutchen LLP |
|   | DONN P. PICKETT (SBN 72257) |
| 2 | donn.pickett@bingham.com |
|   | CHARLENE S. SHIMADA (SBN 91407) |
| 3 | charlene.shimada@bingham.com |
|   | JOHN D. PERNICK (SBN 155468) |
| 4 | john.pernick@bingham.com |
|   | ADRIENNE L. TACLAS (SBN 211232) |
| 5 | adrienne.taclas@bingham.com |
|   | Three Embarcadero Center |
| 6 | San Francisco, CA  94111-4067 |
|   | Telephone:  415.393.2000 |
| 7 | Facsimile:  415.393.2286 |
| 8 | Attorneys for Defendants |
|   | Lehman Brothers Inc., J.P. Morgan Securities Inc. and |
| 9 | Piper Jaffray & Co. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 14 | PHYNICE KELLEY, Individually and on Behalf of All Others Similarly Situated, | Case No. CV 08 00683 CRB |
| 15 | | [Related to Case No. CV 08 00271 CRB] |
| 16 | Plaintiff, | **DEFENDANT LEHMAN BROTHERS** |
|    | v. | **INC.'S CORPORATE DISCLOSURE** |
| 17 | | **STATEMENT AND** |
|    | SHORETEL, INC., JOHN W. COMBS, | **CERTIFICATION OF INTERESTED** |
| 18 | MICHAEL E. HEALY, EDWIN J. BASART, | **ENTITIES OR PERSONS** |
|    | GARY J. DAICHENDT, THOMAS VAN | |
| 19 | OVERBEEK, KENNETH D. DENMAN, | |
|    | CHARLES D. KISSNER, EDWARD F. | |
| 20 | THOMPSON, LEHMAN BROTHERS, INC., | |
|    | J.P. MORGAN SECURITIES, INC., and | |
| 21 | PIPER JAFFRAY & CO., | |
| 22 | Defendants. | |

1  Pursuant to Federal Rule of Civil Procedure 7.1, defendant Lehman Brothers Inc.,
2  by its counsel, hereby states that it is a wholly-owned subsidiary of Lehman Brothers Holdings
3  Inc., a public company.
4  Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following
5  listed persons, associations of persons, firms, partnerships, corporations (including parent
6  corporations) or other entities (i) have a financial interest in the subject matter in controversy or
7  in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a
8  party that could be substantially affected by the outcome of this proceeding:
9  JMP Securities LLC (non-defendant underwriter); and
10  Wedbush Morgan Securities Inc. (non-defendant underwriter).
11
12  DATED: February 20, 2008
13  Bingham McCutchen LLP
14
15
16  By: _____/s/ Charlene S. Shimada_____
    Charlene S. Shimada
17
18  Attorneys for Defendants
    Lehman Brothers Inc., J.P. Morgan Securities Inc.
    and Piper Jaffray & Co.
19
20
21
22
23
24
25
26
27
28

1