1  Bingham McCutchen LLP
   DONN P. PICKETT (SBN 72257)
2  donn.pickett@bingham.com
   CHARLENE S. SHIMADA (SBN 91407)
3  charlene.shimada@bingham.com
   JOHN D. PERNICK (SBN 155468)
4  john.pernick@bingham.com
   ADRIENNE L. TACLAS (SBN 211232)
5  adrienne.taclas@bingham.com
   Three Embarcadero Center
6  San Francisco, CA  94111-4067
   Telephone:  415.393.2000
7  Facsimile:  415.393.2286

8  Attorneys for Defendants
   Lehman Brothers Inc., J.P. Morgan Securities Inc. and
9  Piper Jaffray & Co.

10

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                        SAN FRANCISCO DIVISION

15

16 PHYNICE KELLEY, Individually and on Behalf        Case No. CV 08 00683 CRB
   of All Others Similarly Situated,                 [Related to Case No. CV 08 00271 CRB]
17
                 Plaintiff,                          **DEFENDANT J.P. MORGAN
18        v.                                         SECURITIES INC.'S CORPORATE
                                                     DISCLOSURE STATEMENT AND
19 SHORETEL, INC., JOHN W. COMBS,                    CERTIFICATION OF INTERESTED
   MICHAEL E. HEALY, EDWIN J. BASART,                ENTITIES OR PERSONS**
20 GARY J. DAICHENDT, THOMAS VAN
   OVERBEEK, KENNETH D. DENMAN,
21 CHARLES D. KISSNER, EDWARD F.
   THOMPSON, LEHMAN BROTHERS, INC.,
22 J.P. MORGAN SECURITIES, INC., and
   PIPER JAFFRAY & CO.,
23
                 Defendants.
24

25

26

27

28

---

1  Pursuant to Federal Rule of Civil Procedure 7.1, defendant J.P. Morgan Securities Inc., by its counsel, hereby states that it is a wholly-owned subsidiary of JPMorgan Securities Holdings LLC, which is a wholly-owned subsidiary of JPMorgan Chase & Co., a public company.

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

JMP Securities LLC (non-defendant underwriter); and

Wedbush Morgan Securities Inc. (non-defendant underwriter).

DATED: February 20, 2008

Bingham McCutchen LLP

By: ___/s/ Charlene S. Shimada___
Charlene S. Shimada

Attorneys for Defendants
Lehman Brothers Inc., J.P. Morgan Securities Inc.
and Piper Jaffray & Co.

---

1

DEFENDANT J.P. MORGAN SECURITIES INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS, CASE NO. CV 08 00683 CRB