| | |
|---|---|
| 1 | Bingham McCutchen LLP |
|  | DONN P. PICKETT (SBN 72257) |
| 2 | donn.pickett@bingham.com |
|  | CHARLENE S. SHIMADA (SBN 91407) |
| 3 | charlene.shimada@bingham.com |
|  | JOHN D. PERNICK (SBN 155468) |
| 4 | john.pernick@bingham.com |
|  | ADRIENNE L. TACLAS (SBN 211232) |
| 5 | adrienne.taclas@bingham.com |
|  | Three Embarcadero Center |
| 6 | San Francisco, CA  94111-4067 |
|  | Telephone:  415.393.2000 |
| 7 | Facsimile:  415.393.2286 |
| 8 | Attorneys for Defendants |
|  | Lehman Brothers Inc., J.P. Morgan Securities Inc. and |
| 9 | Piper Jaffray & Co. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHYNICE KELLEY, Individually and on Behalf of All Others Similarly Situated, | Case No. CV 08 00683 CRB |
|  | [Related to Case No. CV 08 00271 CRB] |
| Plaintiff, | |
| v. | **DEFENDANT PIPER JAFFRAY & CO.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| SHORETEL, INC., JOHN W. COMBS, MICHAEL E. HEALY, EDWIN J. BASART, GARY J. DAICHENDT, THOMAS VAN OVERBEEK, KENNETH D. DENMAN, CHARLES D. KISSNER, EDWARD F. THOMPSON, LEHMAN BROTHERS, INC., J.P. MORGAN SECURITIES, INC., and PIPER JAFFRAY & CO., | |
| Defendants. | |

1    Pursuant to Federal Rule of Civil Procedure 7.1, defendant Piper Jaffray & Co.,
2  by its counsel, hereby states that it is a wholly-owned subsidiary of Piper Jaffray Companies, a
3  public company.
4    Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following
5  listed persons, associations of persons, firms, partnerships, corporations (including parent
6  corporations) or other entities (i) have a financial interest in the subject matter in controversy or
7  in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a
8  party that could be substantially affected by the outcome of this proceeding:
9    JMP Securities LLC (non-defendant underwriter); and
10   Wedbush Morgan Securities Inc. (non-defendant underwriter).
11
12  DATED:  February 20, 2008
13
14                Bingham McCutchen LLP
15
16          By:      /s/ Charlene S. Shimada
17                   Charlene S. Shimada
18          Attorneys for Defendants
             Lehman Brothers Inc., J.P. Morgan Securities Inc.
             and Piper Jaffray & Co.
19
20
21
22
23
24
25
26
27
28

1