1  SUSAN S. MUCK (CSB NO. 126930)
   DEAN S. KRISTY (CSB NO. 157646)
2  CATHERINE DUDEN KEVANE (CSB NO. 215501)
   FENWICK & WEST LLP
3  555 California Street, 12th Floor
   San Francisco, CA  94104
4  Telephone:     (415) 875-2300
   Facsimile:      (415) 281-1350
5  smuck@fenwick.com
   dkristy@fenwick.com
6  ckevane@fenwick.com

7  Attorneys for Defendants
   Shoretel, Inc.; John W. Combs; Michael E. Healy; Edwin J.
8  Basart; Gary J. Daichendt; Thomas Van Overbeek; Kenneth
   D. Denman; Charles D. Kissner; and Edward F. Thompson

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHYNICE KELLEY, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>    v.<br><br>SHORETEL, INC.; JOHN W. COMBS; MICHAEL E. HEALY; EDWIN J. BASART; GARY J. DAICHENDT; THOMAS VAN OVERBEEK; KENNETH D. DENMAN; CHARLES D. KISSNER; EDWARD F. THOMPSON; LEHMAN BROTHERS, INC.; J.P. MORGAN SECURITIES, INC.; and PIPER JAFFRAY & CO.,<br><br>              Defendants. | Case No.  CV 08 0683 CRB<br><br>DEFENDANT SHORETEL, INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Shoretel, Inc., by its counsel,

hereby states that it has no parent corporation and that there is no publicly held corporation

holding 10% or more of Shoretel, Inc.'s stock.

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than

1  the named parties, there is no such interest to report.

3  Dated: February 21, 2008                FENWICK & WEST LLP

5                                          By:      /s/ Catherine D. Kevane
6                                                   Catherine D. Kevane

7                                          Attorneys for Defendants

8  23215/00401/SF/5222435.1

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEFENDANT SHORETEL INC.'S CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES
OR PERSONS                                                                                    CV 08 0683 WHA