SUSAN S. MUCK (CSB NO. 126930)
DEAN S. KRISTY (CSB NO. 157646)
CATHERINE DUDEN KEVANE (CSB NO. 215501)
LESLIE A. KRAMER (CSB 253313)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     (415) 875-2300
Facsimile:      (415) 281-1350
smuck@fenwick.com
dkristy@fenwick.com
ckevane@fenwick.com
lkramer@fenwick.com

Attorneys for Defendants
Shoretel, Inc.; John W. Combs; Michael E. Healy; Edwin J. Basart; Gary J. Daichendt; Thomas Van Overbeek; Kenneth D. Denman; Charles D. Kissner; and Edward F. Thompson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHYNICE KELLEY, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>SHORETEL, INC.; JOHN W. COMBS; MICHAEL E. HEALY; EDWIN J. BASART; GARY J. DAICHENDT; THOMAS VAN OVERBEEK; KENNETH D. DENMAN; CHARLES D. KISSNER; EDWARD F. THOMPSON; LEHMAN BROTHERS, INC.; J.P. MORGAN SECURITIES, INC.; and PIPER JAFFRAY & CO.,<br><br>        Defendants. | Case No.  CV 08 0683 WHA<br><br>**NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF DEFENDANTS SHORETEL, INC.; JOHN W. COMBS; MICHAEL E. HEALY; EDWIN J. BASART; GARY J. DAICHENDT; THOMAS VAN OVERBEEK; KENNETH D. DENMAN; CHARLES D. KISSNER; AND EDWARD F. THOMPSON** |

Leslie A. Kramer of Fenwick & West LLP ("Defendants' Counsel") hereby enters her appearance on behalf of Defendants Shoretel, Inc.; John W. Combs; Michael E. Healy; Edwin J. Basart; Gary J. Daichendt; Thomas Van Overbeek; Kenneth D. Denman; Charles D. Kissner; and Edward F. Thompson.

1

1
2   All pleadings, notices and other papers in the above-captioned action should be served as
3   follows:

4           Leslie A. Kramer        lkramer@fenewick.com

5

6
                        FENWICK & WEST LLP
7
              555 California Street, 12th Floor
                  San Francisco, CA 94104
8
Dated: April 4, 2008                  FENWICK & WEST LLP
9

10
                        By:      /s/ Leslie A. Kramer
11                                  Leslie A. Kramer

12  Attorneys for Defendants

13  Shoretel, Inc.; John W. Combs; Michael E.
    Healy; Edwin J. Basart; Gary J. Daichendt;
14  Thomas Van Overbeek; Kenneth D. Denman;
    Charles D. Kissner; and Edward F. Thompson
15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

NOTICE OF APPEARANCE                                  CASE NO CV 08 0683 WHA